# FORM A

CIVIL RIGHTS COMPLAINT TO BE USED BY A *PRO SE* PRISONER
UNDER 42 U.S.C. § 1983 or
Rev. 10/10   UNDER *BIVENS V. SIX UNKNOWN FED. NARCOTICS AGENTS*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY

**FILED**
JAMES J. VILT, JR. - CLERK
OCT 20 2025
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

Douglas Aaron Wilson

(Full name of the Plaintiff(s) in this action)

v.

CIVIL ACTION NO. 1:25-CV-147-JHM
(To be supplied by the clerk)

Isreal Bergenson
Dustin Daniels

( ) DEMAND FOR JURY TRIAL

(✓) NO JURY TRIAL DEMAND
(Check only one)

(Full name of the Defendant(s) in this action)

## I.   PARTIES

**(A) Plaintiff(s).** Place the full name of the Plaintiff in the first blank below, his/her place of confinement, address, and status. Repeat this procedure for each additional Plaintiff named, if any.

(1) Name of Plaintiff: Douglas Aaron Wilson

Place of Confinement: Hart County Detention Center

Address: 520 AA Whitman Ln Munfordville Ky, 42765

Status of Plaintiff: CONVICTED ( )   PRETRIAL DETAINEE (✓)

(2) Name of Plaintiff: _____

Place of Confinement: _____

Address: _____

Status of Plaintiff: CONVICTED (__) PRETRIAL DETAINEE (__)

(3) Name of Plaintiff: _____

Place of Confinement: _____

Address: _____

Status of Plaintiff: CONVICTED (__) PRETRIAL DETAINEE (__)

**(B) Defendant(s).** Place the full name of the Defendant in the first blank below, his/her official position title in the second blank, and his/her place of employment in the third blank. Mark the capacity in which the Defendant is being sued. Repeat this procedure for each additional Defendant named, if any.

(1) Defendant __Isreal Bergenson__ is employed as __Jailer__ at __Hart County Jail__.

The Defendant is being sued in his/her (✓) individual and/or (✓) official capacity.

(2) Defendant __Dustin Daniels__ is employed as __Deputy__ at __Hart County Jail__.

The Defendant is being sued in his/her (__) individual and/or (✓) official capacity.

(3) Defendant _____ is employed as _____ at _____.

The Defendant is being sued in his/her (__) individual and/or (__) official capacity.

(4) Defendant _____ is employed as _____ at _____.

The Defendant is being sued in his/her (__) individual and/or (__) official capacity.

2

    (5) Defendant _____ is employed as _____ at _____.

The Defendant is being sued in his/her (___) individual and/or (___) official capacity.

## II. PREVIOUS LAWSUITS

    (A) Have you begun other lawsuits in State or Federal court dealing with the <u>same facts</u> involved in this action? YES (___) NO (✓)

    (B) If your answer to "A" is YES, describe the lawsuit in the spaces below. If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper, using the same outline.

    Parties to the previous lawsuit:

        Plaintiff(s): _____

        _____

        Defendant(s): _____

        _____

    Court (if federal court, name the district. If state court, name the county):
_____

    Docket number: _____

    Name of judge to whom the case was assigned: _____

    Type of case (for example, habeas corpus or civil rights action): _____

    Disposition (for example, Was the case dismissed? Is it still pending? Is it on appeal?):
_____

    Approximate date of filing lawsuit: _____

    Approximate date of disposition: _____

### III. STATEMENT OF CLAIM(S)

State here the FACTS of your case. State how you believe your constitutional rights were violated. Describe how each Defendant violated your rights. And set forth the dates on which each event took place. Do not make legal arguments or cite cases or statutes. However, identify the constitutional right(s) you allege was/were violated. If you intend to assert multiple claims, number and set forth each claim in separate paragraphs.

Cruel And unusual Confinement.

On friday, October 3rd at 11:00 Am I was caught sniffing Dip in my Cell by Deputy Austin Daniels. He then Put me in a Isolation cell for 3 Days. This cell was only made to house one inmate. But there was 3 of us in there total. One (1) man was made to sleep on the only steele Bunk, while the other two (2) had to sleep on the concrete floor for 16 hours each Day with no matt, Blankets, or sheets. I only received my matt, Blankets, and sheets 8 hours a Day, 10:Pm until 6:00 Am each Day. Also from 5:30 Am too 6:30 Am each Day I was only Allowed to set up on my matt. So I actually only Got to Lay Down and Rest on my matt for 7 and ½ hours a Day.

4

### III. STATEMENT OF CLAIM(S) continued

this went on Like this until Monday, October the 6th when Deputy William Rucker Put me Back in Population. I filed a Grievance on this matter October 5th with Jailer Isreal Burgenson. Deputy Dustin Daniels stated he was just doing his Job Because he didn't want to Be fired.

I have had several Surgerys on Both of my legs and my Right Arm. and Laying on concrete for so many hours a Day caused extreme Pain and Discomfort not to mention the mental stress And Anxiety all of this has caused me, not once did anyone show any kind of Compashion or remorse in this situation.

## IV. RELIEF

State exactly what you want the Court to do for you. (If you seek relief which affects the fact or duration of your imprisonment (for example: release from illegal detention, restoration of good time, expungement of records, release on parole), you must also file your claim under 28 U.S.C. §§ 2241, 2254 or 2255.) The Plaintiff(s) want(s) the Court to:

_____ award money damages in the amount of $ _____

_____ grant injunctive relief by _____

_____ award punitive damages in the amount of $ _____

✓ other: DOC Investigation

## V. DECLARATION UNDER PENALTY OF PERJURY
(each Plaintiff must sign for him/herself)

I, the undersigned, declare under penalty of perjury that the information contained in this document is true and correct.

This 6 day of October, 2025.

*Douglas Aaron Wilson*
(Signature of Plaintiff)

_____
(Signature of additional Plaintiff)

_____
(Signature of additional Plaintiff)

I hereby certify that a copy of this complaint was delivered to the prisoner mail system for mailing on 10-08-2025.

*Douglas Aaron Wilson*
(Signature)

6

Douglas Aaron Wilson
Hart County Jail
520 AA Whitman Ln
Munfordville KY, 42765

United States District C
423 Frederica Street, Suite 1
Owensboro, KY 42301-3013